425 A.2d 8

Commonwealth v. Matson, Appellant.

626

Submitted April 12, 1979.  John H. Armstrong, for appellant;  Walter S. Vuckovich, District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and MONTGOMERY, JJ.

Judgment of sentence affirmed.